UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SGA GLOBAL, LLC,

    Plaintiff,

v.                                        Case No. 07-CV-10332-DT

SURFACE COATINGS CO.,

    Defendant.

                                            /

**ORDER STAYING PROCEEDINGS AND SETTING TELEPHONE CONFERENCE**

On February 7, 2007, the court held a status conference with counsel and party representatives in the above-captioned matter.  During the conference, the parties agreed to a unified time-line and plan under which to exchange information.  The plan contemplates that within seven days, Plaintiff SGA Global, LLC ("SGA") will provide Defendant Surface Coatings Company ("Surface Coatings") with a description of reasonably necessary documents.  Within seven days from Plaintiff's proffer, Defendants are to supply Plaintiffs with copies of the requested documents.  Plaintiff will be allowed up to seven days to review the documents, and to inform Defendant whether further documentation is needed, and the parties will have an additional seven days to provide and review these additional documents.  Following these exchanges, the court will hold a status conference to discuss whether and how the case is to proceed.  Because the court is satisfied that the parties will use this time productively,

IT IS ORDERED that all formal proceedings in this matter, including deadlines that would otherwise apply under the Federal Rules of Civil Procedure, are STAYED until further order of the court.

IT IS FURTHER ORDERED that the court will conduct a telephone conference on **March 7, 2007 at 11:00 a.m.** to determine the status of the case. Plaintiff will place the call.

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: February 8, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 8, 2007, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522