UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SGA GLOBAL, LLC,

      Plaintiff,

v.  Case No. 07-CV-10332-DT

SURFACE COATINGS CO.,

      Defendant.
                                        /

**ORDER DISMISSING COMPLAINT**

On July 12, 2007, the court entered an order granting Plaintiff SGA Global, LLC's ("SGA's") counsel's motion to withdraw.[1] In its order, the court required SGA to "make diligent efforts to obtain substitute counsel and ensure that such counsel files an appearance in this case and is prepared to proceed not later than Monday August 6, 2007." (7/12/07 Order at 1-2 (emphasis omitted).) The court specifically warned SGA that if it failed to comply with the court's order, its case may be dismissed for failure to prosecute under Eastern District of Michigan Local Rule 41.2. (*Id.* at 2.) As of the date of this order, SGA has failed to comply with the court's order requiring SGA to obtain substitute counsel. Accordingly,

IT IS ORDERED that SGA's Complaint [Dkt. #1] is DISMISSED for lack of prosecution.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 18, 2007

---

[1] SGA did not object to the motion to withdraw. (*See* Email, Mot. Withdraw Ex. A.)

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 18, 2007, by electronic and/or ordinary mail.

                                                  S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522